UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────

JOHN E. HOWARD, GREGORY W. SCOTT,
JOHNNY L. SMITH, TOMAS VAZQUEZ,
JOHN WYCHE, HENRY ROUSE, ARCHIE ROUSE,
AFRO-AMERICAN POLICE ASSOCIATION,
Individually and on behalf of all
other persons similarly situated,

                Plaintiffs,      74-CV-234

      v.                            **ORDER**

ELISHA FREEDMAN, CITY MANAGER OF THE
CITY OF ROCHESTER, NEW YORK, THOMAS
HASTINGS, CHIEF OF POLICE OF THE CITY
OF ROCHESTER POLICE DEPARTMENT, MEMBERS
OF THE COUNTY OF MONROE CIVIL SERVICE
COMMISSION, EXECUTIVE DIRECTOR OF THE
COUNTY OF MONROE CIVIL SERVICE COMMISSION,

                Defendants.
───────────────────────────────────

    Having received and carefully reviewed the status report submitted by the City of Rochester on October 5, 2012, in response to this Court's Order, dated August 26, 2011, directing the City to report back to the Court regarding the status of its compliance with the Consent Decree issued in this case, as modified;

    AND, having determined that the report is both comprehensive and responsive to the Court's Order;

    AND, having determined that the City's efforts to comply with the Consent Decree have been successful over the past year and that the report sets forth a reasonable and appropriately tailored approach for continuing to comply with the Consent Decree, as modified, it is hereby

ORDERED that the report be accepted and filed as submitted;

FURTHER, that the City shall report back to this Court on the status of the City's efforts to comply with the Consent Decree by December 31, 2013.

Finally, the Court urges the city to continue its aggressive approach to recruiting qualified minority candidates.

ALL OF THE ABOVE IS SO ORDERED.

                                                MICHAEL A. TELESCA
                                         United States District Judge

Dated:    Rochester, New York
            October 9, 2012