```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN E. HOWARD, GREGORY W. SCOTT,
JOHNNY L. SMITH, THOMAS VAZQUEZ,
JOHN WYCHE, HENRY ROUSE, ARCHIE                74-CV-234T
ROUSE, AFRO-AMERICAN POLICE ASSOCIATION,
Individually and on behalf of
all other persons similarly situated,

                        Plaintiffs,            ORDER
            v.

ELISHA FREEDMAN, CITY MANAGER OF THE
CITY OF ROCHESTER, NEW YORK, THOMAS
HASTINGS, CHIEF OF POLICE OF THE CITY
OF ROCHESTER POLICE DEPARTMENT,
MEMBERS OF THE COUNTY COMMISSION,
EXECUTIVE DIRECTOR OF THE COUNTY OF
MONROE CIVIL SERVICE COMMISSION,

                        Defendants.
_____
```

The City of Rochester, through its Corporation Counsel, Robert. Bergin, Esq., by letter dated September 4, 2013, submitted its annual report regarding the status of its compliance in accordance with the Consent Decree issued in this case. The Court accepts this letter explanation as a report in compliance with its requirement to issue annual status reports and, in view of the fact that the Rochester Police Department has not hired any new police officers since the July 2012 class of new officers which was duly reported to the Court on October 5, 2012, the Court accepts the explanation supplied by the City of Rochester Corporation Counsel as its 2013 report.

It is hereby,

ORDERED that the letter report by the Corporation Counsel dated September 4, 2013, be accepted and filed as submitted; and further

ORDERED that the City of Rochester shall report to this Court the status of the City's efforts to comply with the Consent Decree by December 31, 2014.

As in the past, the Court urges the City to continue its aggressive approach to recruiting qualified minority candidates in keeping with the spirit and intent of the Consent Decree to increase minority hiring for the City of Rochester Police Department.

ALL OF THE ABOVE IS SO ORDERED.

S/Michael A. Telesca

_____
MICHAEL A. TELESCA
United States District Judge

DATED:   Rochester, New York
         September 9, 2013