```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN E. HOWARD, GREGORY W. SCOTT,
JOHNNY L. SMITH, THOMAS VAZQUEZ,
JOHN WYCHE, HENRY ROUSE, ARCHIE                    74-CV-234T
ROUSE, AFRO-AMERICAN POLICE ASSOCIATION,
Individually and on behalf of
all other persons similarly situated,

                        Plaintiffs,               ORDER
             v.

ELISHA FREEDMAN, CITY MANAGER OF THE
CITY OF ROCHESTER, NEW YORK, THOMAS
HASTINGS, CHIEF OF POLICE OF THE CITY
OF ROCHESTER POLICE DEPARTMENT,
MEMBERS OF THE COUNTY COMMISSION,
EXECUTIVE DIRECTOR OF THE COUNTY OF
MONROE CIVIL SERVICE COMMISSION,

                        Defendants.
_____
```

In a letter dated December 17, 2014, Attorney T. Andrew Brown, Corporation Counsel for the City of Rochester, submitted the annual report required by the terms of the Consent Decree in the above entitled action. The Court accepts this report together with the attached comprehensive support material explaining the progress made by the City of Rochester in its hiring initiatives to attract increased numbers of minorities as Police Department recruits. The report also indicates that the recruit classes planned for January 2015 ". . . will again reflect a high level of diversity, which will continue to aggressively address [the] shortfall." The Court accepts the report submitted by the Corporation Counsel and urges

the City to continue its aggressive approach of recruiting qualified minority candidates in keeping with the intent and spirit of the Consent Decree. The Court also notes the increase in minority hires in this reporting period represents progress in reducing previous shortfalls. Accordingly, it is hereby,

ORDERED, that the report be accepted and filed as submitted and it is further,

ORDERED, that the City shall file an interim supplemental report indicating the hiring composition of the recruit class hired in January 2015 and to do so by March 2, 2015 and it is further,

ORDERED, that the City shall report to this Court on the annual status of its hiring efforts during 2015 in compliance with the Consent Decree by February 16, 2016.

ALL OF THE ABOVE IS SO ORDERED.

S/Michael A. Telesca

_____
MICHAEL A. TELESCA
United States District Judge

DATED:   Rochester, New York
         January 26, 2015