

**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

Brian F. Curran
Corporation Counsel

September 27, 2017

Honorable Michael A. Telesca
United States District Court Judge
United States District Court
100 State Street, Room 272
Rochester, New York 14614

    RE:  John E. Howard, et al, v. Elisha Freedman, et al
         74-CV-234 T

Dear Judge Telesca:

Please accept this letter as the City's annual report on the status of the Rochester Police Department (RPD) compliance with the Consent Decree.

Mayor Warren, Chief Ciminelli, and I remain committed to the Consent Decree and to finding new and innovative avenues to increase the representation of minority officers in the RPD. The administration has continued with the recruitment and hiring initiatives and practices detailed in earlier reports. In addition, as part of the Blueprint for Engagement, which is a plan to improve RPD and community engagement, the RPD has trained Community Recruiters to assist with identifying and recruiting promising City residents to participate in the November 2017 civil service examination. RPD will also continue to offer civil service examination workshops and physical agility examination workshops.

In my last report dated February 16, 2016, I advised that a recruit class was scheduled for March of 2016, which was anticipated to eliminate the past shortfall in the hiring of minority police officers. As the result of several late declinations of hiring offers, there ended up being an over-hire of 2 minority officers in the March 2016 class.

Since that time, a September 2016 recruit class was hired, consisting of 24 majority and 6 minority officers. Unfortunately 3 minority officers attrited from that class, which offset the previous 2 minority over-hires and resulted in an overall minority shortfall of 1 officer. A February 2017 class was hired, which was composed of 11 majority and 3 minority officers. One minority officer attrited from this class, resulting in an overall shortfall of 2 minority officers.

A recruit class began on September 25, 2017, which consists of 17 majority officers and 8 minority officers. The hiring of these minority officers eliminates the shortfall in the hiring of minority officers.



- Page 2-
September 27, 2017
Report to Judge Telesca

Set forth below is the statistical demographic information for the RPD and the September 2017 recruit class:

As of September 26, 2017, the RPD staffing profile includes:

Total # Sworn Police Officers: 758
Total # White: 552 (72.8%)
Total # Black/African American: 90 (11.9%)
Total # Hispanic/Latino: 93 (12.3%)
Total # Other: 23(Asian/PI/AN) (3.0%)
Total # Male: 664 (87.6%)
Total # Female: 94 (12.4%)

The September 25, 2017, Recruit Class staffing profile includes:

Officers Hired: 25
Caucasian: 17
African American: 2
Hispanic: 5
Asian: 1
Native American: 0

Attached to this letter is the demographic statistical breakdown for the 2 most recent civil service examinations. The examination is offered annually by New York State in November. The attachment includes information on the number of persons who applied for the examination and the breakdown on the number of persons who actually took the examination.

I trust this letter satisfies the City's reporting requirement. Should any further information from the City be needed, I am available at the Court's convenience.

Respectfully Submitted,

*[signature]*

Brian F. Curran

Enclosure

xc:  Lovely Warren, Mayor
     Michael Ciminelli, Chief of Police
     Bryan Hetherington, Esq.
     Daniel DeBolt, Esq.

# NOVEMBER 14, 2015 - POLICE OFFICER CIVIL SERVICE EXAM

## TOTAL APPLICANTS

| RACE | GENDER | | | TOTAL |
|---|---|---|---|---|
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 1 (0.1%) | 5 (0.2%) | 0 (0.0%) | 6 (0.3%) |
| AFRICAN AMERICAN | 130 (6.3%) | 242 (11.7%) | 1 (0.1%) | 373 (18.1%) |
| ASIAN OR PACIFIC ISLANDER | 10 (0.5%) | 41 (2.0%) | 0 (0.0%) | 51 (2.5%) |
| CAUCASIAN | 232 (11.3%) | 934 (45.3%) | 4 (0.2%) | 1170 (56.8%) |
| HISPANIC | 70 (3.4%) | 185 (9.0%) | 1 (0.1%) | 256 (12.4%) |
| OTHER | 6 (0.3%) | 7 (0.3%) | 1 (0.1%) | 14 (0.7%) |
| NOT PROVIDED | 9 (0.4%) | 32 (1.6%) | 149 (7.2%) | 190 (9.2%) |
| TOTAL | 458 (22.2%) | 1446 (70.2%) | 156 (7.6%) | 2060 |

## EXAM PARTICIPANTS

| RACE | GENDER | | | TOTAL |
|---|---|---|---|---|
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 1 (0.1%) | 3 (0.3%) | 0 (0.0%) | 4 (0.3%) |
| AFRICAN AMERICAN | 53 (4.6%) | 110 (9.5%) | 1 (0.1%) | 164 (14.2%) |
| ASIAN OR PACIFIC ISLANDER | 9 (0.8%) | 22 (1.9%) | 0 (0.0%) | 31 (2.7%) |
| CAUCASIAN | 163 (14.1%) | 644 (55.8%) | 3 (0.3%) | 810 (70.1%) |
| HISPANIC | 40 (3.5%) | 102 (8.8%) | 1 (0.1%) | 143 (12.4%) |
| NOT PROVIDED | 1 (0.1%) | 0 (0.0%) | 2 (0.2%) | 3 (0.3%) |
| TOTAL | 267 (23.1%) | 881 (76.3%) | 7 (0.6%) | 1155 |

# NOVEMBER 19, 2016 - POLICE OFFICER CIVIL SERVICE EXAM

## TOTAL APPLICANTS

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 4 (0.2%) | 6 (0.3%) | 0 (0.0%) | 10 (0.5%) |
| AFRICAN AMERICAN | 130 (6.8%) | 231 (12.1%) | 4 (0.2%) | 365 (19.1%) |
| ASIAN OR PACIFIC ISLANDER | 6 (0.3%) | 34 (1.8%) | 1 (0.1%) | 41 (2.1%) |
| CAUCASIAN | 201 (10.5%) | 834 (43.6%) | 4 (0.2%) | 1039 (54.3%) |
| HISPANIC | 62 (3.2%) | 185 (9.7%) | 0 (0.0%) | 247 (12.9%) |
| OTHER | 3 (0.2%) | 10 (0.5%) | 0 (0.0%) | 13 (0.7%) |
| NOT PROVIDED | 3 (0.2%) | 16 (0.8%) | 179 (9.4%) | 198 (10.4%) |
| TOTAL | 409 (21.4%) | 1316 (68.8%) | 188 (9.8%) | 1913 |

## EXAM PARTICIPANTS

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 3 (0.3%) | 2 (0.2%) | 0 (0.0%) | 5 (0.5%) |
| AFRICAN AMERICAN | 56 (5.4%) | 104 (10.0%) | 4 (0.4%) | 164 (15.8%) |
| ASIAN OR PACIFIC ISLANDER | 3 (0.3%) | 21 (2.0%) | 1 (0.1%) | 25 (2.4%) |
| CAUCASIAN | 145 (14.0%) | 551 (53.2%) | 4 (0.4%) | 700 (67.6%) |
| HISPANIC | 30 (2.9%) | 109 (10.5%) | 0 (0.0%) | 139 (13.4%) |
| OTHER | 0 (0.0%) | 1 (0.1%) | 0 (0.0%) | 1 (0.1%) |
| NOT PROVIDED | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 1 (0.1%) |
| TOTAL | 238 (23.0%) | 788 (76.1%) | 9 (0.9%) | 1035 |