

# City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Timothy R. Curtin**
Corporation Counsel

February 19, 2019

Honorable Michael A. Telesca
United States District Court Judge
United States District Court
100 State Street, Room 272
Rochester, New York 14614

    RE:  John E. Howard, et al, v. Elisha Freedman, et al
          74-CV-234 T

Dear Judge Telesca:

This letter is in reference to the 2018 annual report letter filed on February 15, 2019. Attached is a corrected demographic statistical breakdown for the 2018 civil service examination. The one attached to the annual report did not include failing candidates and should be disregarded.

Please accept my apologies for this oversight.

Respectfully Submitted,

Timothy R. Curtin

Enclosure
cc (w/enc.): Lovely Warren, Mayor
              Mark Simmons, Chief of Police
              Daniel DeBolt, Attorney for Locust Club
              Saima Akhtar, Interim Chief Litigation Officer, Empire Justice Center
                  119 Washington Avenue, Albany NY 12210

# SEPTEMBER 15, 2018 - POLICE OFFICER CIVIL SERVICE EXAM

## TOTAL APPLICANTS

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 3 (0.2%) | 2 (0.1%) | 0 (0.0%) | 5 (0.4%) |
| AFRICAN AMERICAN | 83 (5.9%) | 159 (11.4%) | 1 (0.1%) | 243 (17.4%) |
| ASIAN OR PACIFIC ISLANDER | 6 (0.4%) | 25 (1.8%) | 0 (0.0%) | 31 (2.2%) |
| CAUCASIAN | 156 (11.2%) | 531 (38.0%) | 11 (0.8%) | 698 (50.0%) |
| HISPANIC | 49 (3.5%) | 100 (7.2%) | 1 (0.1%) | 150 (10.7%) |
| OTHER | 4 (0.3%) | 10 (0.7%) | 0 (0.0%) | 14 (1.0%) |
| NOT PROVIDED | 15 (1.1%) | 67 (5.8%) | 173 (12.4%) | 255 (18.3%) |
| TOTAL | 316 (22.6%) | 894 (64.0%) | 186 (13.3%) | 1396 |

## EXAM PARTICIPANTS

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 2 (0.3%) | 1 (0.1%) | 0 (0.0%) | 3 (0.4%) |
| AFRICAN AMERICAN | 41 (5.5%) | 86 (11.5%) | 5 (0.7%) | 132 (17.6%) |
| ASIAN OR PACIFIC ISLANDER | 3 (0.4%) | 14 (1.9%) | 0 (0.0%) | 17 (2.3%) |
| CAUCASIAN | 114 (15.2%) | 377 (50.3%) | 10 (1.3%) | 501 (66.8%) |
| HISPANIC | 29 (3.9%) | 58 (7.7%) | 1 (0.1%) | 88 (11.7%) |
| OTHER | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 1 (0.1%) |
| NOT PROVIDED | 1 (0.1%) | 2 (0.3%) | 5 (0.7%) | 8 (1.1%) |
| TOTAL | 191 (25.5%) | 538 (71.7%) | 21 (2.8%) | 750 |