
# City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Timothy R. Curtin**
Corporation Counsel

March 6, 2020

Honorable Frank P. Geraci, Jr.
Chief Judge
United States District Court
100 State Street
Rochester, New York 14614

    RE:  John E. Howard, et al, v. Elisha Freedman, et al
          74-CV-234 T

Dear Judge Geraci:

Please accept this letter as the City's annual report for 2019 on the status of the Rochester Police Department (RPD) compliance with the Consent Decree. At the time of the City's last report to the Court, there was a shortfall of 1 minority officer.

Since the last report, a September 2019 class was hired, consisting of 19 recruits, and the shortfall was eliminated. Two majority recruits resigned from the class; leaving a class of 12 majority and 5 minority officers.

New York State developed a new civil service examination for the position of police officer, which was administered for the first time on September 14, 2019, and an eligible list with a total of 719 candidates, was certified by the Rochester Civil Service Commission in February of 2020. The RPD has scheduled a recruit class for September of 2020, and would like a large class consisting of 35 recruits. The hiring process is currently underway. The physical agility test is scheduled for Saturday, March 7, 2020, and for the first time all of the candidates on the eligible list have been invited to participate, rather than drawing only from certain score-bands.

Last year's report detailed the recruitment strategies being used to attract minority candidates. In addition to those strategies, the RPD has expanded its recruiting efforts. To further enhance and facilitate its community engagement, the Recruitment Unit has been relocated to the Community Affairs Bureau. The staffing of the Recruitment Unit has been increased from 1 to 2 full-time, year round, police officer recruiters. These officers reflect the diversity in the department and have strong communication and computer skills that is needed for social media, marketing and community outreach. Additional staff in the Community Affairs Bureau will assist with other RPD programs such as PREP, Explorer and Career Awareness. There will also be increased inter-department cooperation for recruitment drives with the presence and demonstrations from other units and teams such as SWAT, K-9, SCUBA, and Technicians. The Recruitment Unit budget has also been increased, which will be used for more programing, distribution of promotional materials, a dedicated recruitment website to communicate with applicants, and an increased social media presence. There is also a new recruitment vehicle with recruitment advertisement displayed on it.

- Page 2-
March 6, 2020
Report to Judge Geraci

Set forth below is the statistical demographic information for RPD sworn officers and the September 2019 recruit class.

The current RPD staffing profile includes:

    Total # Sworn Police Officers: 728
    Total # White: 539 (74.0%)
    Total # Black/African American: 81 (11.1%)
    Total # Hispanic/Latino: 89 (12.2%)
    Total # Other: 19 (Asian/PI/AN) (2.6%)
    Total # Male: 633 (87.0%)
    Total # Female: 95 (13.0%)

The September 23, 2019, Recruit Class staffing profile includes:

    Officers Hired: 19
    Caucasian: 12 (14 were hired, 2 resigned)
    Black/African American: 3
    Hispanic: 2
    Asian: 0
    Native American: 0

Attached to this letter is the demographic statistical breakdown for the most recent civil service examination. The examination is offered annually by New York State. The attachment includes information on the number of persons who applied for the examination and the breakdown on the number of persons who took and passed the examination.

I trust this letter satisfies the City's reporting requirement. Should any further information from the City be needed, I am available at the Court's convenience.

Respectfully Submitted,

*[signature]*

Timothy R. Curtin

Enclosure
cc (w/enc.): Lovely Warren, Mayor
           La'Ron Singletary, Chief of Police
           Daniel DeBolt, Attorney for Locust Club
           Saima Akhtar, Interim Chief Litigation Officer, Empire Justice Center
              119 Washington Avenue, Albany NY 12210

# SEPTEMBER 14, 2019 - POLICE OFFICER CIVIL SERVICE EXAM

## TOTAL APPLICANTS

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 1 (0.1%) | 2 (0.1%) | 0 (0.0%) | 3 (0.2%) |
| AFRICAN AMERICAN | 81 (6.0%) | 143 (10.5%) | 8 (0.6%) | 232 (17.1%) |
| ASIAN OR PACIFIC ISLANDER | 7 (0.5%) | 21 (1.5%) | 4 (0.3%) | 32 (2.4%) |
| CAUCASIAN | 159 (11.7%) | 544 (40.0%) | 33 (2.4%) | 736 (54.2%) |
| HISPANIC | 54 (4.0%) | 121 (8.9%) | 4 (0.3%) | 179 (13.2%) |
| OTHER | 1 (0.1%) | 8 (0.6%) | 2 (0.1%) | 11 (0.8%) |
| NOT PROVIDED | 4 (0.3%) | 26 (1.9%) | 136 (10.0%) | 166 (12.2%) |
| TOTAL | 307 (22.6%) | 865 (63.6%) | 187 (13.8%) | 1359 |

## EXAM PARTICIPANTS

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 1 (0.1%) |
| AFRICAN AMERICAN | 37 (5.1%) | 67 (9.2%) | 8 (1.1%) | 112 (15.4%) |
| ASIAN OR PACIFIC ISLANDER | 4 (0.6%) | 13 (1.8%) | 3 (0.4%) | 20 (2.8%) |
| CAUCASIAN | 102 (14.0%) | 339 (46.6%) | 44 (6.1%) | 485 (66.7%) |
| HISPANIC | 27 (3.7%) | 68 (9.4%) | 4 (0.6%) | 99 (13.6%) |
| OTHER | 0 (0.0%) | 3 (0.4%) | 1 (0.1%) | 4 (0.6%) |
| NOT PROVIDED | 0 (0.0%) | 1 (0.1%) | 5 (0.7%) | 6 (0.8%) |
| | 171 (23.5%) | 491 (67.5%) | 65 (8.9%) | 727 |

## PASSING WRITTEN EXAM CANDIDATES

| RACE | GENDER | | | TOTAL |
| --- | --- | --- | --- | --- |
| | FEMALE | MALE | NOT PROVIDED | |
| AMERICAN INDIAN OR NATIVE ALASKAN | 1 (0.1%) | 0 (0.0%) | 0 (0.0%) | 1 (0.1%) |
| AFRICAN AMERICAN | 37 (5.1%) | 64 (8.9%) | 8 (1.1%) | 109 (15.2%) |
| ASIAN OR PACIFIC ISLANDER | 4 (0.6%) | 12 (1.7%) | 3 (0.4%) | 19 (2.6%) |
| CAUCASIAN | 102 (14.2%) | 339 (47.1%) | 44 (6.1%) | 485 (67.5%) |
| HISPANIC | 25 (3.5%) | 67 (9.3%) | 4 (0.6%) | 96 (13.4%) |
| OTHER | 0 (0.0%) | 3 (0.4%) | 1 (0.1%) | 4 (0.6%) |
| NOT PROVIDED | 0 (0.0%) | 0 (0.0%) | 5 (0.7%) | 5 (0.7%) |
| | 169 (23.5%) | 485 (67.5%) | 65 (9.0%) | 719 |